sion, Second Department. April 12, 1912.) Action by Henry Jahss against the C. S. Lambie Company.

PER CURIAM. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

BURR, J., dissents.

JAMES R. KEISER, Inc., Respondent, v. KAISER & CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by James R. Keiser, Incorporated, against Kaiser & Co. and others. M. D. Josephson, for appellants. R. F. Clarke, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 App. Div. 917, 129 N. Y. Supp. 1129.

JENDRASZEK, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Adam Jendraszek, as administrator, etc., against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., dissents.

JOHN FEIST & SONS CO., Respondents, v. POWELL, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by the John Feist & Sons Company against John W. Powell, impleaded with others. No opinion. Judgment affirmed, with costs.

JOHNSON, Respondent, v. AUTOPRESS CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Claude M. Johnson against the Autopress Company and another. N. April, for appellants. T. P. Zimmerman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JOHNSON v. ISAACS. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Chas. F. H. Johnson against Stanley M. Isaacs. No opinion. Motion denied, with $10 costs. Order filed.

JOHNSON, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Aina Johnson, an infant, by Joel Johnson, her guardian ad litem, against the Nassau Electric Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

RICH, J., taking no part.

JONES, Appellant, v. WOODIN et al., Respondents. (Supreme Court, Appellate Divi-

sion, First Department. April 12, 1912.) Action by Frederick A. Jones against William H. Woodin and others. C. L. Craig, for appellant. C. K. Carpenter, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JOYCE, Appellant, v. CURTIS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Joseph B. Joyce against Harriet S. Curtis. No opinion. Order affirmed, with costs.

KALISH, Respondent, v. KALISH, Appellant. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by William Kalish against Annie Kalish. E. W. S. Johnston, for appellant. S. Perlo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KAPLAN, Appellant, v. MENDETZ, Respondent. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Harry Kaplan against Philip Mendetz. H. Kahn, for appellant. J. C. Kadane, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KENEN, Respondent, v. SUPERIOR AXLE & FORGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Leonard C. Kenen against the Superior Axle & Forge Company. No opinion. Judgment and orders affirmed, with costs.

In re KENYON. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) In the matter of the application of Charles H. Kenyon to compel the delivery of books and papers in the possession of John Martin. No opinion. Order affirmed, with costs, without passing upon the validity of petitioner's title to the office.

KEYES, Appellant, v. BISHOP, Respondent. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by John Keyes against Shird Bishop. No opinion. Motion granted, unless within 20 days appellant pays respondent $10 costs and serves case within 20 days, in which case motion is denied.

KINSTON COTTON MILLS, Appellant, v. KUHNE et al., Respondents. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by the Kinston Cotton Mills against Percival Kuhne and others. M. L. Stover, for appellant. G. T. Hogg, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 129 App. Div. 250, 113 N. Y. Supp. 779.

KIRKWOOD et al., Respondents, v. SMITH et al., Appellants. (Supreme Court, Appellate